■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY ANDERSON, Also Known as LAMAR JOHNSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered June 10, 1976, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Although affirmance of the judgment is warranted since any errors which may have been committed were harmless (see CPL 470.05, subd 1), we do not condone the practice followed by the prosecutor in requesting, and the trial court in directing, the defendant's trial lawyer to turn over notes taken by the latter during the course of interviewing his client (see *People v Rosario*, 9 NY2d 286, mot for rearg den 9 NY2d 908). Gulotta, P. J., Hopkins, Latham and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR AYALA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered November 8, 1976, convicting him of robbery in the first degree, upon a jury verdict, and sentencing him to a prison term with a minimum of five years and a maximum of 15 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to an indeterminate term of imprisonment with a maximum of six years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. We find no reversible errors on the other grounds raised by appellant (see *People v Crimmins*, 36 NY2d 230). Margett, J. P., Rabin, Titone and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. CARNEY, Appellant.—Judgment of the County Court, Suffolk County, rendered May 16, 1977, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, P. J., Hopkins, Latham and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH COROZZO, Also Known as Jo-Jo, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered January 18, 1977, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, P. J., Hopkins, Latham and Cohalan, JJ., concur.